UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION — MDL No. 1431 (MJD)

This Document relates to:

Stone v. Bayer Corporation et al. — Case No. 02-127

---

Bruce N. Adams, Rice, Adams, Underwood & Associates, P.C. for and on behalf of Plaintiff.

---

Counsel for Plaintiff has moved to withdraw as counsel, without substitution, on the basis that he is unable to obtain his client's cooperation.

Pursuant to the Local Rules for the United States District Court, District of Minnesota 83.7 (c), counsel may withdraw without substitution for good cause shown. The Rule also requires that notice must be provided to the client, and scheduled pursuant to Local Rule 7.1. As the record provides no evidence that the client was provided notice as required by the Local Rules, the motion will be denied.

IT IS HEREBY ORDERED that the motion to withdraw as counsel for Plaintiff is DENIED.

Date: 10-28-02

Michael J. Davis
United States District Court

OCT 29 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK